FILED
CLERK, U.S. DISTRICT COURT

OCT - 8 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Bradley Keith Ethridge, DEFENDANT(S). | CASE NUMBER SACR15-118 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of <u>defense counsel</u>, IT IS ORDERED that a detention hearing is set for <u>October 9</u>, 2015, at <u>2:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>Douglas F. McCormick, United States Magistrate Judge</u>, in Courtroom <u>6D</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: 10/08/2015

DOUGLAS F. McCORMICK
U.S. District Judge/Magistrate Judge

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CR-66 (10/97)                                                                 Page 1 of 1